*Wednesday,
December 30.*

THE STATE *v.* TRAPP.—In error.

IT was not necessary, under the statute of 1838, for a constable appointed by a justice of the peace for a special purpose, to take an oath of office, or give a bond for the discharge of his duties, unless required by the justice to do so. R. S. 1838, p. 145, sect. 5.